United States Courts
Southern District of Texas
FILED
NOV 21 2016
David J. Bradley, Clerk of Court

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Joshua Louis Little

versus

F.B.I.
Federal Bureau Investigation

CIVIL ACTION NO. _____

ORIGINAL COMPLAINT

I am suing the F.B.I. for $200,000,000 for refusing to prosecute crimes in the Laurel Oaks community. I reside there at 2231 Laurel Branch Way. A search warrant needs to be issued to get Anntwyla Bass out of the house. I am a prince she is the princess to a drug kingpin conspiracy in the neighborhood. The president of the U.S.A. and F.B.I. director are very aware of the situation. I attemped to go to the F.B.I. office on June 30 in the Houston, TX office at 11:00 AM. I asked to speak to an agent and waited for 2 hours and never saw any agents. It's on the camera, they used decoy employees instead. I returned there the following day on July 1 at 11:00 AM. then the security guard Ernest King would not allow me to pass. Then on the date of October 7, 2016 I arrived at the F.B.I. office in Salt Lake City, UT at 8:00 AM. I made the flight

there and made it past security at 8:15 am. I spoke with an agent who was alerted by a coworker that I would be there that morning. This has been the 3rd time in the past 3-4 months that I've had issues with the F.B.I. issuing a search warrant for Anntwyla Bass her phone number is (832) 331-2358. Contact me at (832) 608-2894, you know that my phone is hacked online. I have a request to issue the search warrant where she is, 20 FBI agents fly down from Washington DC and then pick me up and we fly out. This has been going on since April 4, 2011. Contact Carolyn Battle and get her anything she needs phone number (828) 777-7764 Kingpin Royalty

$200,000,000 lawsuit

2231 Laurel Branch Way Houston, TX 77014
(832) 608-2894