UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSHUA LOUIS LITTLE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-16-3446 |
| | § | |
| FEDERAL BUREAU OF INVESTIGATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending before the court is the Magistrate Judge's Memorandum and Recommendation ("M&R") (Dkt. 12). The M&R recommends granting the defendant's first motion to dismiss (Dkt. 4) and denying the defendant's second motion to dismiss (Dkt. 11) as moot. The M&R advises that any parties wishing to object to the M&R must do so by June 29, 2017. Dkt. 12 at 6. The court has received no objections. The court, having reviewed the M&R, the motions to dismiss, the response, and the applicable law, and having received no objections, ADOPTS the M&R in its entirety. For the reasons stated in the M&R, the defendant's first motion to dismiss (Dkt. 4) is GRANTED. The defendant's second motion to dismiss (Dkt. 11) is DENIED AS MOOT. The plaintiff's claims are DISMISSED WITH PREJUDICE.

Signed at Houston, Texas on July 6, 2017.

_____
Gray H. Miller
United States District Judge